In The

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

**NO. 09-20-00066-CR**
_____

**BEYONKA LIMBRICK, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 411th District Court**
**San Jacinto County, Texas**
**Trial Cause No. 9,585**

**MEMORANDUM OPINION**

Pursuant to a plea bargain agreement, appellant Beyonka Limbrick pleaded guilty to possession of a controlled substance with intent to deliver, a state jail felony. The trial court found Limbrick guilty and assessed punishment at two years in state jail, then suspended imposition of sentence, placed Limbrick on community supervision for five years, and assessed a $500 fine. Subsequently, the State filed a motion to revoke Limbrick's community supervision. Limbrick pleaded "not true" to the alleged violations of the terms of the community supervision order. After

conducting an evidentiary hearing, the trial court found that Limbrick violated the terms of her community supervision, revoked Limbrick's community supervision, and imposed a sentence of ten months of confinement.

Limbrick's appellate counsel filed a brief that presents counsel's professional evaluation of the record and concludes the appeal is frivolous. *See Anders v. California*, 386 U.S. 738 (1967); *High v. State*, 573 S.W.2d 807 (Tex. Crim. App. 1978). On May 15, 2020, we granted an extension of time for Limbrick to file a *pro se* brief. We received no response from Limbrick. We have reviewed the appellate record, and we agree with counsel's conclusion that no arguable issues support an appeal. Therefore, we find it unnecessary to order appointment of new counsel to re-brief the appeal. *Cf. Stafford v. State*, 813 S.W.2d 503, 511 (Tex. Crim. App. 1991). We affirm the trial court's judgment.[1]

AFFIRMED.

_____
STEVE McKEITHEN
Chief Justice

Submitted on October 1, 2020
Opinion Delivered November 4, 2020
Do Not Publish

Before McKeithen, C.J., Kreger and Horton, JJ.

---

[1]Limbrick may challenge our decision in this case by filing a petition for discretionary review. *See* Tex. R. App. P. 68.

2